# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Tyler J. Carroll

*Plaintiff(s)*

v.

Civil Action No. 1:22-cv-14

Westfield National Insurance Company

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: The Court GRANTS Westfield's Motion for Summary Judgment [ECF No. 92]. Carroll's Motion for Summary Judgment is DENIED. [ECF No. 94]. All other pending motions are DENIED AS MOOT. The Court DIRECTS entry of a final judgment in favor of Westfield, and to STRIKE this case from the Court's active docket.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date: September 27, 2023

*CLERK OF COURT*
Cheryl Dean Riley

J. Barr

*Signature of Clerk or Deputy Clerk*